IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM KAHR and DIANE KAHR, ) | FILED STAMP: JULY 30, 2008 |
| ) | 08CV4333 |
| Plaintiffs, ) | JUDGE GETTLEMAN |
| ) | MAG. JUDGE ASHMAN |
| vs. ) | J. N. |
| ) | |
| ACADEMY COLLECTION SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

### INTRODUCTION

1. Plaintiffs brings this action to secure redress for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### JURISDICTION AND VENUE

3. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

4. Venue and personal jurisdiction in this District are proper because:

   a. Defendant's collection communications were received by plaintiffs within this District;

   b. Defendant transacts business within this District.

1

## PARTIES

5. Plaintiffs William Kahr and Diane Kahr are husband and wife, and reside in Tinley Park, Illinois.

6. Defendant Academy Collection Services, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania.

7. Defendant does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

8. Defendant operates a collection agency, using the mails and telephones to collect alleged debts originally owed, if at all, to others.

9. Defendant is a debt collector as defined in the FDCPA.

## FACTS

10. On or about July 2, 2008 at 6.39 p.m., the following message was left by a representative of defendant using the name Lisa Lyons on plaintiffs' voicemail:

> Diane Kahr, this is Lisa Lyons. Return my call back to my office. My number is 1-800-220-0605 ext 2763. Return my call back to my office immediately. It is very imperative that you return my call back in reference to the situation. Uh, please return my call back, 1-800-220-0605, ext 2763. Please return my call back to the office immediately. It is very imperative in reference to the situation. Do not disregard this message. 1-800-220-0605.

11. The number 800-220-0605 belongs to Academy Collection Services, Inc.

12. The message was left for the purpose of collecting an alleged debt incurred for personal, family or household purposes.

13. On or about July 3, 2008 at 11.33 a.m., the following message was left by the same representative on plaintiffs' voicemail:

> Diane Kahr, this is Lisa Lyons. Please return my call back. My number is 1-800-220-0605. Please return my call back immediately. 1-800-220-0605. This is Lisa Lyons. Do not disregard this message. We need to talk about this process about file #154521823.

14. On or about July 7, 2008, at 8.47 a.m., the following message was left by the same representative on plaintiffs' voicemail:

> Diane Kahr, this is Lisa Lyons. I am trying to leave a message. I think your message machine is acting up. Please return my call back. File number 15421823. Return my call back to 1-800-220-0605. We need to talk.

15. On or about July 8, 2008 at 8.47 a.m., the following message was left by the same representative on plaintiffs' voicemail:

> Hi, this message is for Diana Kahr. Diane Kahr, I haven't got a message from you. I'm very concerned about this. I guess we need to talk immediately. My number again is 1-800-220-0605, ext. 2763. My number is again 1-800-220-0605, ext. 2763. We need to talk immediately.

16. On or about July 8, 2008 at 2.34 p.m., another representative of defendant using the name Michael Harris left the following message on plaintiffs' voicemail:

> This message is for Diane Kahr. This is Michael Harris from the Academy. One of my collectors has contacted you. You have yet to contact us back. If you don't call us back, if we don't talk to you by the end of tomorrow we wil document this with a refusal to pay and you will be contacted through the mail with a litigation date. I mean you got to be willing to work with us. We will work with any kind of arrangements that is in our guidelines. I will be here until 5:00 this evening. 1-800-220-0605 ext 2736. I hope to hear back from you.

## **VIOLATIONS ALLEGED**

17. Defendant's messages violated 15 U.S.C. §§1692e, 1692e(2), 1692e(5), 1692e(10), 1692e(11), and 1692e(14), as well as 15 U.S.C. §1692d(6).

18. Each telephone message was a "communication" within the meaning of 15 U.S.C. §§1692d(6) and 1692e. *Foti v. NCO Financial Systems*, 424 F.Supp.2d 643, 669

3

(S.D.N.Y. 2006); *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1112, 1118 (C.D.Cal. 2005); *Joseph v. J. J. MacIntyre Cos.*, 281 F.Supp.2d 1156 (N.D.Cal. 2003); *Stinson v. Asset Acceptance, LLC,* 1:05cv1026, 2006 WL 1647134, 2006 U.S. Dist. LEXIS 42266 (E.D. Va., June 12, 2006); *Belin v. Litton Loan Servicing, LP,* 8:06-cv-760-T-24 EAJ, 2006 U.S. Dist. LEXIS 47953 (M.D.Fla., July 14, 2006).

19. The messages violate 15 U.S.C. §1692d(6) and 15 U.S.C. §§1692e, 1692e(2), 1692e(5), 1692e(10), and 1692e(11), because:

    a. The messages do not contain the warning required by 15 U.S.C. §1692e(11).

    b. The message on the afternoon of July 8, 2008 stated that "you will be contacted through the mail with a litigation date." This was a false threat.

    c. The messages other than that on the afternoon of July 8, 2008 did not refer to defendant at all and that on the afternoon of July 8, 2008 did not identify defendant in a meaningful manner.

20. 15 U.S.C. §1692d(6) makes it unlawful for a debt collector to engage in the following conduct: "Except as provided in section 1692b of this title, the placement of telephone calls without meaningful disclosure of the caller's identity."

21. Section 1692e provides:

**§ 1692e.    False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

4

>**(2)    The false representation of--**
>
>    **(A)    the character, amount, or legal status of any debt; . . .**
>
>**(5)    The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .**
>
>**(10)   The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.**
>
>**(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiffs and against defendant for:

(1)    Statutory damages;

(2)    Actual damages;

(3)    Attorney's fees, litigation expenses and costs of suit;

(4)    Such other and further relief as the Court deems proper.


s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

5

EDELMAN, COMBS, LATTURNER
     & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiffs demand trial by jury.

s/ Daniel A. Edelman
Daniel A. Edelman

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\21713\Pleading\Complaint_Pleading.WPD