IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM KAHR and DIANE KAHR, ) | |
| ) | |
| Plaintiffs, ) | Judge Gettleman |
| ) | Magistrate Judge Ashman |
| v. ) | No. 08 CV 4333 |
| ) | |
| ACADEMY COLLECTION SERVICE, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To: Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT on **September 4, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present Defendants' **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of this Notice of Motion and the documents referenced herein was served upon all parties of record, pursuant to ECF Rules as to Filing Users in compliance with Fed. R. Civ. P. 5(b)(2)(d) on this 29th day of August, 2008.

BULLARO & CARTON, P.C.

By: /s/Thomas A. Carton
Thomas A. Carton

BULLARO & CARTON, P.C.
200 North LaSalle Street, Suite 2500
Chicago, IL 60601
(312) 831-1000
(312) 831-0647