IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM KAHR and DIANE KAHR, ) | |
| ) | |
| Plaintiffs, ) | Judge Gettleman |
| ) | Magistrate Judge Ashman |
| v. ) | No. 08 CV 4333 |
| ) | |
| ACADEMY COLLECTION SERVICE, ) | **JURY TRIAL DEMANDED** |
| INC., ) | |
| ) | |
| Defendant. ) | |

<u>MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD</u>

NOW COMES the Defendant, ACADEMY COLLECTION SERVICE, INC., by and through its attorneys, BULLARO & CARTON, P.C., and moves this Honorable Court to vacate any and all defaults heretofore entered, technical or otherwise, and for an extension of time up to and including September 23, 2008 to answer or otherwise plead to Plaintiff's Complaint at Law. This counsel represents that he has spoken with plaintiff's counsel and said counsel has no objection to this extension of time.

Pursuant to Fed. R. Civ. Proc. 38, Defendant demands a trial by jury on all issues of fact in this action.

                                          Respectfully submitted,

                                          BULLARO & CARTON, P.C.

                                          By: /s/ Thomas A. Carton
                                                  Thomas A. Carton

Thomas A. Carton
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2500
Chicago, IL 60601
(312) 831-1000